The DENVER & RIO GRANDE WESTERN RAILROAD COMPANY, Debtor, v. Wilson McCARTHY and Henry Swan, as Trustees, etc.

No. 2062.

Circuit Court of Appeals, Tenth Circuit.

April 5, 1940.

Hodges, Vidal & Goree, of Denver, Colo., for appellant.

Charles D. Bromley, of Denver, Colo., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.